THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE A. WILLIAMS, Appellant.—

Nolan, P. J.,
Ughetta, Christ, Pette and Brennan, JJ., concur.